**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION, : | |
| a Washington corporation, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:06-CV-1668-JOF |
| TIMOTHY & TIMBERLY : | |
| ENTERPRISES, INC., a dissolved : | |
| Georgia corporation, doing business as : | |
| Budget Computers, et al., : | |
|     Defendants. : | |

## OPINION AND ORDER

This matter is before the court sua sponte on the court's order directing Defendants, Timothy & Timberly Enterprises, Inc., a dissolved Georgia corporation, d/b/a Budget Computers, Timothy Molden, and Timberly Molden, to show cause why the court should not enter default against them [16].

Plaintiff, Microsoft Corp. ("Microsoft"), filed suit against Defendants on July 14, 2006, for infringing Microsoft's copyrights and trademarks in its software. Plaintiff served Defendants on August 31, 2006, and Defendants answered on October 10, 2006. Plaintiff moved to strike Defendants' answer on January 26, 2007. Plaintiff argued that the parties agreed to an extension of time to file answer but that Defendants never filed a motion for an extension of time with the court. Further, when Defendants ultimately submitted their

answer, it was unsigned. Plaintiff contended that it had taken every step possible to allow Defendants to cure their defects and avoid default but Defendants had been unresponsive. In its order of July 9, 2007, the court denied Plaintiff's motion to strike Defendants' answer following a discussion of the court's signature policies with regards to electronically filed documents. The court noted, however, that "neither Defendants nor their counsel have responded to any motion filed by Plaintiff[,] [n]or have they responded to numerous attempts at contact made by Plaintiff's counsel" and directed Defendants to show cause within thirty days as to why the court should not enter a default. (Order, at 6).

Defendants have not responded to the court's order in any way. Under Local Rule 41.3(2), the court may dismiss a case if a party, after notice, fails or refuses "to obey a lawful order of the court in the case." Under Fed. R. Civ. P. 55(a), the court may enter default against any party, against whom a judgment is sought, who has failed to plead or otherwise defend its case as provided by the Federal Rules. Therefore, the court DIRECTS the Clerk of Court to enter default against Defendants and DIRECTS Plaintiff to file a motion for default judgment pursuant to Rule 55(b) within thirty (30) days from the date of this order.

**IT IS SO ORDERED** this 31st day of October 2007.

                                                 s/ J. Owen Forrester
                                                 J. OWEN FORRESTER
                            SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)